UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANA T. LOLMAUGH,

               Plaintiff,         CIV S-06-0257 GEB PAN PS

      v.

COUNTY OF SACRAMENTO; COUNTY OF            ORDER
SACRAMENTO, SHERIFF'S DEPARTMENT;
DEPUTY DOES 1-100; DOES 1-100,

               Defendants.

                              -o0o-

    On February 6, 2006, plaintiff filed a proposed complaint and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Plaintiff's application is incomplete. Plaintiff failed fully to answer Question 3–while he described the sources of money he has received in the past twelve months, he did not "state the amount you receive and what you expect you will continue to receive." Additionally, plaintiff's answer to

1  Question 4 is ambiguous–he states he does not have any cash or
2  checking or savings accounts but then provides the amount $450.
3       Accordingly, plaintiff's application is denied.  Within
4  20 days of service of this order, plaintiff may file a complete
5  application for this court's consideration.  If plaintiff fails
6  timely to submit a new application, the Clerk of Court is
7  directed to close this file.
8       So ordered.
9       Dated:  February 10, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge