UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANA T. LOLMAUGH,

        Plaintiff,                                CIV S-06-0257 GEB PAN PS

        v.

COUNTY OF SACRAMENTO; COUNTY OF                ORDER
SACRAMENTO, SHERIFF'S DEPARTMENT;
DEPUTY DOES 1-100; DOES 1-100,

        Defendants.

—o0o—

        Pursuant to this court's order filed February 10, 2006, plaintiff has filed an amended affidavit in support of his application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff states that he was last employed August 31, 2005, for which he received net monthly income of $2100, that his bank account is overdrawn by $450, that he has sold personal and real property to pay overdue rents, that he owns a 1987 vehicle valued at $100 or less, and owns "[u]ndeveloped ½ acre residential real estate in Placer Co. (presumed unbuildable at this time) worth approx. $42,000 less liens and several years back taxes." Plaintiff states he is pursuing Social Security disability benefits and welfare. Plaintiff has no dependents.

1    Plaintiff's affidavit demonstrates he is unable to prepay fees and costs or give security thereof. Accordingly, plaintiff's February 6, 2006 application to proceed in forma pauperis is granted.

A federal court must dismiss the complaint of a plaintiff proceeding in forma pauperis if at any time the court determines the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii), (iii).

In addition, the complaint must demonstrate the court's jurisdiction and comply with general rules of pleading as set forth in Fed. R. Civ. P. 8(a). The complaint must give fair notice to defendants by stating the elements of each claim plainly and succinctly. Jones v. Community Redev. Agency, 733 F.2d 646, 649 (9th Cir. 1984). Plaintiff must allege specific overt acts by the appropriate defendants in each claim. Id. While the court liberally construes the pleadings of pro se litigants, Abassi v. I.N.S., 305 F.3d 1028, 1032 (9th Cir. 2022), all litigants are expected to comply with the procedural rules, McNeil v. United States, 508 U.S. 106, 113 (1993), American Ass'n of Naturopathic Physicians v. Hayhurst, 227 F.3d 11104, 1007-1008 (9th Cir. 2000). A complaint, or portion thereof, should only be dismissed for failure to state a claim if it appears beyond doubt that plaintiff can prove no set of facts in support of the claim or claims that would entitle him to relief. Hishon v. King & Spalding, 467 U.S. 69, 73 (1984) (citing Conley v. Gibson, 355 U.S. 41, 45-46 (1957)); Palmer v. Roosevelt Lake Log Owners Ass'n, 651 F.2d 1289, 1294 (9th Cir. 1981).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Service is appropriate for defendants Sacramento County and Sacramento County Sheriff's Department.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 6, 2006 application to proceed in forma pauperis is granted;

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed February 6, 2006.

3. Within thirty (30) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each defendant, Sacramento County and Sacramento County Sheriff's Department; and

    c. Three (3) copies of the endorsed complaint filed February 6, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: April 13, 2006.

UNITED STATES MAGISTRATE JUDGE

006:lolm0257.ord

3

| | |
|---|---|
| 1 | |
| 2 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA T. LOLMAUGH,

        Plaintiff,                    CIV S-06-0257 GEB PAN PS

       v.

COUNTY OF SACRAMENTO; COUNTY OF      <u>NOTICE OF</u>
SACRAMENTO, SHERIFF'S DEPARTMENT;     <u>SUBMISSION OF DOCUMENTS</u>
DEPUTY DOES 1-100; DOES 1-100,

        Defendants.

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____    completed summons form

       _____    completed USM-285 forms

       _____    copies of the complaint

DATED:

                                                     Plaintiff