IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA T. LOLMAUGH,

     Plaintiff,                    No. CIV S-06-0257 GEB PAN (GGH) PS

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.             <u>ORDER</u>

_____/

     This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). By order filed April 13, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

     Accordingly, IT IS HEREBY ORDERED that:

     Plaintiff shall show cause, in writing, within ten days from the date of this order, why this action should not be dismissed for failure to complete and return to the court the USM-285 forms necessary to effect service on defendants.

DATED: 6/21/06                                  /s/ Gregory G. Hollows

                                                               UNITED STATES MAGISTRATE JUDGE

GGH:035
lolmaugh.ord

1