1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANA T. LOLMAUGH,

11          Plaintiff,                    CIV-S-06-0257 GEB PAN (GGH) PS

12      vs.

13   COUNTY OF SACRAMENTO, et al.,

14          Defendants.            FINDINGS & RECOMMENDATIONS
     _____/

15

16          By order filed June 22, 2006, plaintiff was ordered to show cause, within ten days,

17   why this action should not be dismissed for failure to complete and return to the court the USM-

18   285 forms necessary to effect service on defendants.  The ten day period has now expired, and

19   plaintiff has not shown cause or otherwise responded to the court's order.

20          IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: 8/7/06

4                                                              /s/ Gregory G. Hollows

5                                                              _____
                                                               GREGORY G. HOLLOWS
   GGH:035                                                      UNITED STATES MAGISTRATE JUDGE

6  lolmaugh.osc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26