1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANA T. LOLMAUGH,

11              Plaintiff,                    2:06-cv-0257-GEB-EFB-PS

12        vs.

13   COUNTY OF SACRAMENTO, et al.,

14              Defendants.            ORDER

15   _____/

16              On August 7, 2006, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  No objections were filed.[1]

19              Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23   ////

24

25        [1]  The docket reflects that on August 24, 2006, the findings and recommendations mailed
     to plaintiff were returned as "undeliverable (unable to forward)."  Plaintiff has failed to keep the
26   court apprised of her change of address, in violation of E. D. Local Rule 83-183(b).

1

1    The court has reviewed the applicable legal standards and, good cause appearing,

2  concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

3    Accordingly, IT IS ORDERED that:

4    1.  The Proposed Findings and Recommendations filed August 7, 2006, are

5  ADOPTED; and

6    2.  This action is dismissed without prejudice.  See Local Rule 11-110 (E.D. Cal.

7  1997); Fed. R. Civ. P. 41(b).

8  Dated:  September 6, 2006

9

10    /s/ Garland E. Burrell, Jr.
      GARLAND E. BURRELL, JR.
      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2